United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 26, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 26-31092** |
| **ARTELLA SOLUTIONS, INC.,** | § | |
| | § | **CHAPTER 11** |
| Debtor. | § | |
| | § | |
| **SEPAND MOSHIRI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 26-3204** |
| | § | |
| **ARTELLA SOLUTIONS, INC.,** | § | |
| | § | |
| Defendant. | § | |

**<u>PRELIMINARY PRETRIAL ORDER</u>**

This adversary proceeding was initiated on May 22, 2026. Therefore, the Court **ORDERS** that not later than June 25, 2026 the Plaintiff (1) issue summons to any named defendant(s), (2) serve a summons on each named defendant(s) and (3) file the required proof of service of the summon(s) with the Clerk of the Court.

**COUNSEL FOR ALL PARTIES ARE HEREBY ORDERED** to confer with opposing counsel, and together prepare in writing and file with the Court no less than 24 hours prior to the pretrial conference set on **July 27, 2026 at 11:00 a.m. at Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas** in this cause, a **JOINT DOCUMENT** captioned **"PRETRIAL STATEMENT"** containing the following:

**FOR PLAINTIFF(S)**

1. A brief statement of the theory of each cause of action.
2. A brief summary of plaintiff's contentions of facts in support of causes of action and the evidence to be relied upon to establish each of the facts contended.

**FOR EACH DEFENDANT & EACH ADDITIONAL PARTY**

1. A brief statement of the theory of your defense(s), interests, causes of action, etc.
2. A brief summary of contentions of facts in support of legal theories, and the evidence to be relied upon to establish each of the facts contended.

1 / 2

Each of the parties will present to opposing counsel at their conference (to be held by counsel prior to the judicial pretrial conference) the matters set out above for incorporation in the joint document.

**FOR ALL PARTIES** – In addition, the joint document is to include the following:

1. A statement to all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's statement of contested legal issues.
4. A list and description of any motions pending or contemplated and any special issues appropriate for determination in advance of trial on the merits.

**ALL OF THE ABOVE IS TO BE INCORPORATED IN ONE DOCUMENT WHICH IS TO BE SIGNED BY ALL ATTORNEYS PRIOR TO THE FILING.**

You have the right to object to the final adjudication by this Court of any non-core matters or matters that fall within the scope of *Stern v. Marshall*, 564 U.S. 462 (2011).  Any such objection to this Court's entry of final orders in this case must be filed with the Court no later than one day before the date set for the pretrial conference.

**Failure to abide by this order may lead to sua sponte dismissal of this adversary proceeding or the entry of a default judgment.**

SIGNED 05/26/2026

_____
Jeffrey Norman
United States Bankruptcy Judge

2 / 2

United States Bankruptcy Court

Southern District of Texas

Moshiri,

     Plaintiff

Artella Solutions, Inc.,

     Defendant

Adv. Proc. No. 26-03204-jpn

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: pdf002 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID**     **Recipient Name and Address**
dft     + Artella Solutions, Inc., 710 N. Post Oak Road, Suite 510, Houston, TX 77024-3858
pla     + Sepand Moshiri, 1306 Westwick Forest Lane, Houston, TX 77043-4567

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026     Signature:     /s/Gustava Winters