United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 10, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 26-31092 (JPN)** |
| **ARTELLA SOLUTIONS, INC.,**[1] | § | **(CHAPTER 11)** |
| | § | **(Subchapter V)** |
| | § | |
| **DEBTOR.** | § | |
| | § | |
| | § | |
| **SEPAND MOSHIRI,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 26-03204** |
| | § | |
| **ARTELLA SOLUTIONS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING MOSHIRI'S UNOPPOSED EMERGENCY MOTION
TO EXTEND PRELIMINARY PRETRIAL ORDER DEADLINES**
ECF No. 4

This matter comes before the Court on the *Unopposed Emergency Motion to Extend Preliminary Pretrial Order Deadlines* (the "Motion") [Docket No. _____] (the "Motion") filed by Sepand Moshiri ("Moshiri").  The Court, having reviewed the Motion, finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O); and, (c) notices of the Motion and the hearing before the Court, if any, were sufficient under the circumstances.  Having considered the Motion, the arguments of counsel, and any responses to the Motion, the Court is of the opinion that the Motion is meritorious and establishes sufficient grounds for the relief requested therein.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**[2]

---

[1] EIN: xx-xxx8656.

1.      The Motion is **GRANTED** as set forth herein.

2.      The deadline to issue a summons on the Defendant is extended to September 23, 2026. The Pretrial Conference is rescheduled to October 5, 2026, at 11:00 a.m.

3.      This Order shall not affect nor constitute a waiver of, and neither the Debtor nor Moshiri waives, any other rights or remedies afforded to the Debtor or Moshiri pursuant to the Bankruptcy Code, the Orders of this Court, or applicable non-bankruptcy law in connection with the matters that are the subject of the above-captioned Adversary Proceeding.

4.      This Court shall retain exclusive jurisdiction to enforce the terms of this Order.

5.      This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

Signed: June 10, 2026

Jeffrey P. Norman
United States Bankruptcy Judge

---

2 All undefined, capitalized terms appearing in this Order shall have the meaning(s) ascribed to such terms in the Motion.